**FILED**
JUN 0 2 2011
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> GABRIEL GARCIA-OCAMPO, <br><br> Defendant. | Cr. No. 99-0606GT <br><br> ORDER |

On April 7, 2011, Defendant, Gabriel Garcia-Ocampo ("Mr. Garcia"), was arrested on a warrant for violation of his supervised release. Mr. Garcia filed a Motion to Compel Discovery. For the reasons stated below, Mr. Garcia' Motion to Compel is **Granted in part** and **Denied in part.**

Mr. Garcia is entitled to copies of any statements he made to the police, probation officers or other law enforcement. Accordingly, this part of his motion is **Granted**.

Mr. Garcia is **not** entitled to the production of reports and notes of officers, agents and probation officers involved in this case; bureau of prison documents relating to his release; copies of detainers filed against him or other immigration reports since August of 2007. Likewise, the request for all information pertaining to when the federal government first learned Mr. Garcia was

in state custody in Illinois and any attempts to locate him after contact with the Chicago police is too broad. Accordingly, these requests for discovery are **Denied.**

**IT IS ORDERED** that Defendant's Motion to Compel Discovery is **Granted in part** and **Denied in part.**

**IT IS SO ORDERED.**

6-1-11
date

GORDON THOMPSON, JR.
United States District Judge

cc: All counsel and parties without counsel