FILED
OCT 1 0 2012
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY           DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Cr. No. 99-0606GT |
| v. | ) **ORDER** |
| GABRIEL HUMBERTO GARCIA-OCAMPO | ) |
| Defendant. | ) |

On July 26, 2012, the Ninth Circuit reversed and remanded this case back to the district court to determine whether on not the fugitive tolling doctrine applies to the time period prior to Mr. Garcia's arrest in 2009. Accordingly, the Court is ordering briefing from both Mr. Garcia and the government on the issue of whether or not the fugitive tolling doctrine is applicable to the time period prior to Mr. Perez' arrest in 2009.

**IT IS ORDERED** that a hearing on the issue of the fugitive tolling doctrine is scheduled for December 12, 2012 at 9:30 am.

**IT IS FURTHER ORDERED** that Mr. Perez's brief on the issue is due on or before

November 21, 2012.

**IT IS FURTHER ORDERED** that the Government's brief is due on or before December 5, 2012.

**IT IS SO ORDERED.**

10/10/12
date

GORDON THOMPSON, JR.
United States District Judge

cc: All counsel and parties without counsel